GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

EDMUND K. SAFFERY     5860-0
   esaffery@goodsill.com
FOREST B. JENKINS     9761-0
   fjenkins@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
ACE HARDWARE HAWAII, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL PERIUS,<br><br>        PLAINTIFF,<br><br>  vs.<br><br>KAHILI DEVELOPMENT CO., INC.; ACE HARDWARE HAWAII, INC.; AND CHANEY BROOKS & COMPANY LLC,<br><br>        DEFENDANTS. | CIVIL NO. 1:22-cv-00002-LEK-KJM<br><br>STIPULATION TO DISMISS (1) PLAINTIFF'S CLAIMS AGAINST DEFENDANT ACE HARDWARE HAWAII, INC., WITH PREJUDICE AND (2) DEFENDANT ACE HARDWARE HAWAII, INC.'S CROSS-CLAIM AGAINST DEFENDANT KAHILI DEVELOPMENT CO., INC., FILED MARCH 4, 2022<br><br>Trial: April 3, 2023<br><br>United States District Judge Leslie E. Kobayashi |

STIPULATION TO DISMISS (1) PLAINTIFF'S CLAIMS
AGAINST DEFENDANT ACE HARDWARE HAWAII, INC.,
WITH PREJUDICE AND (2) DEFENDANT ACE HARDWARE
HAWAII, INC.'S CROSS-CLAIM AGAINST DEFENDANT KAHILI
<u>DEVELOPMENT CO., INC., FILED MARCH 4, 2022</u>

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the claims alleged by Plaintiff MICHAEL PERIUS ("PERIUS") against ACE HARDWARE HAWAII, INC. ("ACE") in the Complaint that PERIUS filed on January 3, 2022, in the United States District Court for the District of Hawai`i, case number 1:22-cv-00002-LEK-KJM ("Complaint"), are hereby dismissed with prejudice against Defendant ACE HARDWARE HAWAII, INC. ("ACE").  This stipulation is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure ("FRCP") and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawai`i ("Local Rules").

IT IS ALSO HEREBY STIPULATED by and between the parties hereto, that ACE's Cross-Claim herein against Defendant Kahili Development Co., Inc. ("KAHILI"), filed on March 4, 2022, is hereby dismissed without prejudice pursuant to FRCP Rule 41(a)(1)(A)(ii) and Rule 41(c), as well as Local Rule 41.1.

All claims against ACE are dismissed with prejudice.  There are no remaining claims against ACE in the above-captioned lawsuit.  All of ACE'S claims against KAHILI are dismissed without prejudice.  All other claims between

PERIUS, KAHILI, and Defendant Chaney Brooks & Company LLC in the above-captioned lawsuit remain active and are not impacted by this stipulation.

All parties shall bear their own attorneys' fees and costs with respect to the claims and cross-claims dismissed by this stipulation and no fees and/or costs are sought to be awarded in this stipulation.

This stipulation has been signed by counsel for all parties who have made an appearance in this lawsuit. Trial remains scheduled for April 3, 2023 before the Honorable Leslie E. Kobayashi.

DATED:  Honolulu, Hawaii, July 6, 2022.

/s/ *Lunsford Dole Phillips*
LUNSFORD DOLE PHILLIPS

Attorney for Plaintiff

DATED:  Honolulu, Hawaii, July 6, 2022.

/s/ *Forest B. Jenkins*
EDMUND K. SAFFERY
FOREST B. JENKINS

Attorneys for Defendant
ACE HARDWARE HAWAII, INC.

DATED:  Honolulu, Hawaii, July 6, 2022.

/s/ *Allison Mizuo Lee*
ALLISON MIZUO LEE
CHRISTINE E. NOWLAND

Attorneys for Defendant
KAHILI DEVELOPMENT CO., INC.

3

DATED:  Honolulu, Hawaii, July 6, 2022.

/s/ *James R. Ferguson*
JAMES SHIN
JAMES R. FERGUSON

Attorneys for Defendant
CHANEY, BROOKS & COMPANY LLC

**APPROVED AS TO FORM:**

DATED: Honolulu, Hawaii, July 6, 2022.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

*Perius v. Kahili Development Co., Inc., et al;* Civil No. 1:22-cv-00002-LEK-KJM; Stipulation to Dismiss (1) Plaintiff's Claims Against Defendant Ace Hardware Hawaii, Inc., with Prejudice and (2) Defendant Ace Hardware Hawaii, Inc.'s Cross-Claim Against Defendant Kahili Development Co., Inc., filed March 4, 2022.