CADES SCHUTTE LLP
A Limited Liability Law Partnership

ALLISON MIZUO LEE 7619
CHRISTINE E. NOWLAND 11437
1000 Bishop Street, 12th Floor
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
Email: alee@cades.com
Email: cnowland@cades.com

Attorneys for Defendant
KAHILI DEVELOPMENT CO., INC.

IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL PERIUS,<br><br>Plaintiff,<br><br>vs.<br><br>KAHILI DEVELOPMENT CO., INC.; ACE HARDWARE HAWAII, INC.; AND CHANEY, BROOKS & COMPANY LLC,<br><br>Defendants. | CIVIL NO. 1:22-CV-00002-LEK-KJM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL REMAINING CLAIMS AND PARTIES; ORDER**<br><br>**Trial Date: April 3, 2023**<br>**Judge: Hon. Leslie E. Kobayashi** |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
**OF ALL REMAINING CLAIMS AND PARTIES**

WHEREAS, on January 3, 2022, Plaintiff MICHAEL PERIUS (“***Plaintiff***”) filed a Complaint in the above-captioned lawsuit against Defendants KAHILI DEVELOPMENT CO., INC. (“***Kahili***”), ACE HARDWARE HAWAII, INC.

("***Ace Hardware***"), and CHANEY, BROOKS & COMPANY LLC ("***Chaney Brooks***"), Doc. 1;

WHEREAS, pursuant to the Stipulation to Dismiss (1) Plaintiff's Claims Against Defendant Ace Hardware Hawaii, Inc. with Prejudice, and (2) Defendant Ace Hardware Hawaii, Inc.'s Cross-Claim against Defendant Kahili Development Co., Inc., filed March 4, 2022, Doc. 34, Ace Hardware was dismissed from the lawsuit;

IT IS HEREBY STIPULATED by and between Plaintiff, Kahili and Chaney Brooks, by and through their respective counsel, pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, that all remaining claims and parties are dismissed with prejudice.

There are no remaining claims or parties. All parties that made an appearance in the case that have not been previously dismissed have signed the stipulation for dismissal with prejudice. No party shall seek an award of attorneys' fees and costs in connection with the claims dismissed herein.

DATED: Honolulu, Hawaiʻi, October 3, 2022.

/s/ *Lunsford Dole Phillips*
LUNSFORD DOLE PHILLIPS
Attorney for Plaintiff
MICHAEL PERIUS

DATED: Lihue, Hawai‘i, October 3, 2022.

/s/ *Allison Mizuo Lee*
ALLISON MIZUO LEE
CHRISTINE E. NOWLAND
Attorneys for Defendant
KAHILI DEVELOPMENT CO., INC.

DATED: Honolulu, Hawai‘i, October 3, 2022.

/s/ *James R. Ferguson*
JAMES SHIN
JAMES R. FERGUSON
Attorneys for Defendant
CHANEY BROOKS & COMPANY LLC

**APPROVED AND SO ORDERED:**




/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge